*Christensen, Respondent, v. Grant County Hosp. Dist. No. 1, Petitioner,* No. 73772-0. Petition for review of a decision of the Court of Appeals, No. 21045-6-III, December 17, 2002, 114 Wn. App. 579. *Granted* September 30, 2003.

*In re Det. of Stark, Petitioner,* No. 72079-7. Petition for review of a decision of the Court of Appeals, No. 47422-7-I, November 5, 2001, 109 Wn. App. 1007. *Denied* September 30, 2003.

*In re Det. of Meirhofer, Petitioner,* No. 72133-5. Petition for review of a decision of the Court of Appeals, No. 46735-2-I, December 24, 2001, 109 Wn. App. 1057. *Denied* September 30, 2003.

*In re Det. of Davis,* No. 72248-0. Petition for review of a decision of the Court of Appeals, No. 47261-5-I, January 7, 2002, 109 Wn. App. 734. *Denied* September 30, 2003.

*In re Det. of Lee, Petitioner,* No. 72253-6. Petition for review of a decision of the Court of Appeals, No. 47286-1-I, December 3, 2001, 109 Wn. App. 1035. *Denied* September 30, 2003.

*Vukich, Petitioner, v. Dahlquist, Respondent,* No. 73622-7. Petition for review of a decision of the Court of Appeals, No. 48974-7-I, December 16, 2002, 114 Wn. App. 1064. *Denied* September 30, 2003.

*Smith, et al., Petitioners, v. Renner, et al., Respondents,* No. 73628-6. Petition for review of a decision of the Court of Appeals, No. 50123-2-I, January 13, 2003, 115 Wn. App. 1005. *Denied* September 30, 2003.

*In re Marriage of Sims,* No. 73637-5. Petition for review of a decision of the Court of Appeals, No. 20283-6-III, January 23, 2003, 115 Wn. App. 1014. *Denied* September 30, 2003.